

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00284-CV

| | | |
|---|---|---|
| SYDNEY RAYM F/K/A SYDNEY DETHLOFF, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2020150) |
| V. | § | November 25, 2020 |
| TUPELO MANAGEMENT, LLC, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell